## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA ANDRE LOCKLEY,         :     No. 3:25-CV-2170
         Plaintiff             :

                            :     (Judge Munley)

    v.                          :

                            :

SUMMIT FOODS (CORRECTIONAL   :
SERVICES),
         Defendant           :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order.

3. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

Date: _____4/24/26_____

                                   BY THE COURT:

                                   **JUDGE JULIA K. MUNLEY**
                                   **United States District Court**