**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSHUA ANDRE LOCKLEY,** | : | **No. 3:25-CV-2170** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| | : | |
| **WARDEN FRANZONI,** *et al.,* | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff's Section 1983 Eighth Amendment conditions-of-confinement claim may proceed against the defendants identified in paragraph 2 below.

2. The Clerk of Court is directed to add the following defendants to this case: "Deb, Kitchen Worker"; "Jen, Kitchen Worker"; "Dawn, Kitchen Worker"; "Nicole, Kitchen Worker"; Warden Franzoni, and Warden Weller.

3. The Clerk of Court is directed to terminate defendant "Summit Foods (Correctional Services)."

4. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is further directed to **SERVE** a copy of the amended complaint (Doc. 18), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399), and this Order on the defendants identified in paragraph 2 above at Franklin County Jail. In the interest of efficient administrative judicial economy, the court requests that Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

5. If service is unable to be completed due to Lockley's failure to properly name a Defendant or provide an accurate mailing address, Lockley will be required to correct this deficiency. Failure to comply may result in the dismissal of Lockley's claim(s) against Defendant(s) pursuant to Federal Rule of Civil Procedure 4(m).

Date: _7/7/26_

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2